No. 96–7582.  JOHNSON v. IOWA.  C. A. 8th Cir.  Certiorari denied.

No. 96–7585.  NELSON v. DETELLA, WARDEN, ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 96–7592.  THOMAS v. TUSAN, JUDGE, SUPERIOR COURT OF GEORGIA, FULTON COUNTY, ET AL.  Sup. Ct. Ga.  Certiorari denied.

No. 96–7593.  SOMERS v. NORTHWEST IOWA MENTAL HEALTH CENTER ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 96–7597.  BLAIR v. CALDERON, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–7599.  McCAIN v. GRAMLEY, WARDEN.  C. A. 7th Cir.  Certiorari denied.

No. 96–7602.  ALI v. GOMEZ, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–7606.  REMETA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 96–7607.  TROWERY v. GALE ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 96–7608.  TOLLIVER v. MYERS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–7617.  TROBAUGH v. IOWA.  Sup. Ct. Iowa.  Certiorari denied.

No. 96–7652.  PATTERSON v. UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ILLINOIS.  C. A. 7th Cir.  Certiorari denied.

No. 96–7720.  HARDEN v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.

No. 96–7737.  ALLEN v. ILLINOIS.  App. Ct. Ill., 4th Dist.  Certiorari denied.